UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-60194-EA

**Salome Lopez Vicente,**

    Petitioner,

v.

**Todd M. Lyons,
Charles Parra,
Pamela Bondi,
Garrett Ripa,
Kristi Noem,**

    Respondents.
_____/

### ORDER GRANTING PETITIONER'S MOTION TO DISMISS

This cause comes before the Court on the petitioner's motion to dismiss without prejudice [ECF No. 8], which the respondents do not oppose. Having carefully reviewed the record and the motion, it is **ORDERED AND ADJUDGED**:

1. The motion [ECF No. 8] is **GRANTED**.

2. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

3. This **CASE IS CLOSED**.

4. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of February 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Annabella Trujillo**
Trujillo & Associates PA
6800 SW 40th Street
Suite 198
Miami, FL 33155
786-879-2510
Fax: 786-732-4970
Email: annabellat@aol.com

**Michele S. Vigilance**
DOJ-USAO
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9387
Email: michele.vigilance@usdoj.gov

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov